## STATE OF CONNECTICUT *v.* TITO WADEN
### (AC 34304)

DiPentima, C. J., and Bear and Sheldon, Js.

Argued March 7—officially released March 26, 2013

Per Curiam. The judgment is affirmed.

## VINCENT A. CIMINO *v.* DRUCAS BUILDERS, LLC, ET AL.
### (AC 34282)

DiPentima, C. J., and Gruendel and Borden, Js.

Argued March 13—officially released April 9, 2013

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* RONALD A. SWINTON
### (AC 33613)

Robinson, Alvord and Pellegrino, Js.

Argued March 13—officially released April 9, 2013

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* SHAWN PRESSEY
### (AC 34174)

Beach, Sheldon and Bishop, Js.

Argued March 12—officially released April 9, 2013

Per Curiam. The judgment is affirmed.